Thomas Marvin FAIR, Jr.,
Plaintiff—Appellant,

v.

Jon E. OZMINT, Director for the South Carolina Department of Corrections; Robert E. Ward, Division Director of Operations for the South Carolina Department of Corrections; James E. Sligh, Jr., Operations Coordinator of

the South Carolina Department of Corrections and the rest of the Prison Rape Elimination Act Review Committee et al.; Anthony J. Padula, Warden of Lee Correctional Institution; C. York, Classification Caseworker at Lee Correctional Institution; Bruce Oberman, Special Management Unit Administrator at Lee Correctional Institution; Anthony Davis, Lieutenant at Lee Correctional Institution; R. Hilton, Classification Caseworker at Lee Correctional Institution all in their individual and official capacities, Defendants—Appellees.

No. 11–6656.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 5, 2011.

Thomas Marvin Fair, Jr., Appellant Pro Se. Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Marvin Fair, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and

denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fair v. Ozmint*, No. 6:10–cv–01268–RMG, 2011 WL 1658761 (D.S.C. May 2, 2011). We deny Fair's motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*